UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| DERRICK ALLEN )<br>        Plaintiff, )<br> )<br>v. )<br> )<br>N.C. STATE DENTAL BOARD, KAREN )<br>E. LANIER, BETTER DENTAL, )<br>RICCOBENE DENTAL ASSOCIATES, )<br>and SUN RISE DENTAL )<br>        Defendants. ) | **JUDGMENT**<br>5:22-CV-368-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Memorandum and Recommendations of the United States Magistrate Judge, to which objection was filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered November 23, 2022 and for the reasons set forth more specifically therein, that this action is DISMISSED.

**This Judgment Filed and Entered on November 23, 2022, and Copies To:**
Derrick Allen (via US mail) P O Box 1675, 300 Fayetteville St, Raleigh, NC 27602

November 23, 2022        PETER A. MOORE, JR., CLERK

                                            /s/ Sandra K. Collins
                                           (By) Sandra K. Collins, Deputy Clerk